

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2015

No. 04-15-00298-CR

**THE STATE OF TEXAS,**
Appellant

v.

Jose **ESQUIVEL**,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 457593
Honorable Walden Shelton, Judge Presiding

# O R D E R

The State of Texas, by and through Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County, Texas, has filed an appeal from the trial court's order granting appellee's motion to suppress. TEX. CODE CRIM. PROC. ANN. art. 44.01(a)(5) (West Supp. 2015). The State also requests a stay of the trial court proceedings pending this court's disposition of the appeal. *Id.* art. 44.01(e).

The request for a stay is GRANTED and it is hereby ORDERED that all proceedings in trial court cause number 457593, styled *State of Texas v. Jose Esquivel*, pending in the 9th County Court at Law, Bexar County, Texas, are STAYED pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court